IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY DALE JAMES                                                        PLAINTIFF

v.                         Case No: 4:17-cv-00285 KGB/JTK

KENNETH ALEXANDER ROSS                                DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 9). There have been no objections. After a review of those Proposed Findings and Recommendations, the Court adopts them in their entirety (*Id.*).

It is therefore ordered that:

1. Plaintiff Jimmy Dale James' complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

Dated this the 28th day of August, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge