# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JIMMY DALE JAMES**                                                                 **PLAINTIFF**

**v.**                   **Case No: 4:17-cv-00285 KGB/JTK**

**KENNETH ALEXANDER ROSS**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be in good faith.

So adjudged this the 28th day of August, 2017.

                                                        */s/ Kristine G. Baker*
                                                        Kristine G. Baker
                                                        United States District Judge